## LAW OFFICES OF
## Arthur L. Aidala & Associates, P.C.

ARTHUR L. AIDALA

MARIANNE E. BERTUNA

OF COUNSEL
WILLIAM R. SANTO
BARATTA & GOLDSTEIN

597 FIFTH AVENUE
NEW YORK, NY 10017
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

VIA OLMETTO, 21
29 MILAN, ITALY
TEL: 011 39 02 72020070
FAX: 011 39 02 875883

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 28 2006 ★
BROOKLYN OFFICE

June 14, 2006

Via Facsimile:
(718) 260-2457

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: USA v. ANTHONY BONGIORNO
    CR NO. 05-0442

Dear Honorable John Gleeson:

I am writing to respectfully request an adjournment of the scheduled sentencing date of my client, Anthony Bongiorno.

Mr. Bongiorno is currently scheduled to be sentenced in front of Your Honor on Friday, June 23, 2006. Regrettably, I will be out of the country on that date and I am, therefore, respectfully requesting an adjournment of this sentencing to any date the Court deems suitable after June 27, 2006 when I am scheduled to return.

Mr. Bongiorno is not under the supervision of Pre-trial Services and our office has informed the Assistant United States Attorney and she is without objection.

Under these circumstances, I am respectfully requesting that Your Honor grant the adjournment.

Thank you for your time and attention to this matter. If you should have any questions or concerns, please do not hesitate to contact me at (718) 238-9898.

July 28, 2006 @ 2:00 PM

Respectfully submitted,

Arthur L. Aidala

ALA:dg

So Ordered:
s/John Gleeson
Honorable John Gleeson